UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMÓN CARILLO ALEJO,

                 Petitioner,

v.

JAMES R. KEY,

                 Respondent.

CASE NO. C17-0610-RSM-MAT

REPORT AND RECOMMENDATION

This is a federal habeas action brought under 28 U.S.C. § 2254. Petitioner submitted his petition for writ of habeas corpus to the Court for filing on April 18, 2017, together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) Petitioner indicates in his *in forma pauperis* application that he receives a net monthly salary of $80.00 from his prison job. (*Id*.) In addition, petitioner's inmate trust account statement reflects an average spendable balance of $43.29. (*See* Dkt. 1-3.) It therefore appears that petitioner has sufficient funds to pay the $5 filing fee required in a federal habeas action.

Accordingly, this Court recommends that petitioner's application to proceed *in forma pauperis* (Dkt. 1) be DENIED. This action should proceed only if petitioner pays the $5.00 filing fee within ***thirty (30) days*** after entry of the Court's Order adopting this Report and

REPORT AND RECOMMENDATION
PAGE - 1

Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 2, 2017**.

DATED this 9th day of May, 2017.

Mary Alice Theiler
United States Magistrate Judge