UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMÓN CARILLO ALEJO,<br><br>               Petitioner,<br><br>    v.<br><br>JAMES R. KEY,<br><br>               Respondent. | CASE NO. C17-0610-RSM<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT |

The Court, having reviewed petitioner's application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is GRANTED.

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. #1) is DENIED AS MOOT. On May 30, 2017, Petitioner paid the filing fee and the Court accepted his habeas petition.

(3) This matter shall continue to proceed before the Honorable Mary Alice Theiler.

(4) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 31 day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING APPLICATION TO
TO PROCEED *IN FORMA PAUPERIS* - 2