UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMON CARRILLO ALEJO,

        Petitioner,

v.

JAMES R. KEY,

        Respondent.

Case No. C17-610-RSM-MAT

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. Respondent has filed a response indicating that he does not oppose the requested extension. The Court, having considered petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's unopposed motion for extension of time (Dkt. 14) is GRANTED. Petitioner requests in his motion that he be granted a 90-day extension of time to file his response to respondent's answer. Petitioner asserts that the extension is necessitated by the fact that his English language skills are limited and he must therefore rely on an interpreter to read respondent's submissions and to prepare his own submissions. Petitioner further asserts that he

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

has access to the law library and to the interpreter for only three hours each week which is not sufficient to allow him to submit his response within the specified time frame. The Court deems the requested extension reasonable under the circumstances. The extension is therefore granted and petitioner is directed to file his response to respondent's answer not later than *November 13, 2017*.

(2) Respondent's answer (Dkt. 10) is RENOTED on the Court's calendar for consideration on *November 17, 2017*. Respondent shall file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this 25th day of August, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2