# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RAMON CARRILLO ALEJO,

    Petitioner,

v.

JAMES R. KEY,

    Respondent.

Case No. C17-0610RSM

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed Petitioner's federal habeas petition, Respondent's answer to the petition, the Report and Recommendation ("R&R") of Mary Alice Theiler, United States Magistrate Judge, Petitioner's Objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and ADOPTED. Petitioner objects to the R&R, essentially arguing that Judge Theiler addressed the wrong questions and applied the wrong legal standard to each of his grounds for relief. Dkt. #19. He asserts that the fundamental question to be answered by this Court is whether he was given a fair trial, and that the answer should be "no." *Id.* Having reviewed the R&R, Petitioner's Objections thereto, and the remainder of the record, the Court is not persuaded by Petitioner's Objections. Nothing in those Objections demonstrated that Judge Theiler applied the wrong legal standards at any step of her analysis.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(2) Petitioner's petition for writ of habeas corpus (Dkt. #4) is DENIED, and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a Certificate of Appealability is DENIED. Petitioner asserts in his Objections that he is entitled to a Certificate of Appealability. Dkt. #19 at 10. However, given the conclusion that this Petition should be dismissed for the reasons stated in the R&R, the Court also agrees with Judge Theiler that no reasonable jurist could disagree with the Court's resolution of this matter. *See* Dkt. #18 at 20.

(4) The Clerk SHALL send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Mary Alice Theiler.

DATED this 21 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2